```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 03655
   SAM ANDERSON
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-8044

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/02/2007 and was confirmed 05/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/24/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00           .00           .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     34913.92           .00       6659.74
CITY OF CHICAGO WATER DE SECURED            4103.00           .00       1050.00
COOK COUNTY TREASURER    SECURED              60.00           .00         60.00
SBC                      UNSECURED           973.79           .00           .00
SBC                      UNSECURED           417.04           .00           .00
GMAC                     UNSECURED          2056.57           .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED           1062.22          .00           .00
PAULINE ANDERSON         NOTICE ONLY   NOT FILED             .00           .00
ILLINOIS DEPT OF REV     PRIORITY            256.00           .00           .00
ILLINOIS DEPT OF REV     SECURED NOT I      4362.10           .00           .00
ILLINOIS DEPT OF REV     UNSECURED            22.00           .00           .00
HSBC MORTGAGE SERVICE    CURRENT MORTG          .00           .00           .00
HSBC MORTGAGE SERVICE    SECURED NOT I          .00           .00           .00
HSBC MORTGAGE SERVICE    CURRENT MORTG          .00           .00           .00
HSBC MORTGAGE            SECURED NOT I       686.75           .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                         573.34
DEBTOR REFUND            REFUND                                          850.00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  9,193.08

PRIORITY                                             .00
SECURED                                         7,769.74
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              573.34
DEBTOR REFUND                                     850.00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 03655 SAM ANDERSON
```

```
                            ---------------    ---------------
TOTALS                             9,193.08           9,193.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 10/29/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```